# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL LUCERO,<br><br>               Plaintiff,<br><br>v.<br><br>LOVE, BEAL & NIXON, P.C.; MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING LLC; and ENCORE CAPITAL GROUP, INC., formerly MCM CAPITAL GROUP, INC.,<br><br>               Defendants. | Case No. 12-CV-659-GKF-TLW |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

UPON Motion of the Defendants, Love, Beal & Nixon, P.C., Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc., and for cause shown, the Court finds that Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and Plaintiff's Motion for Class Certification (Docket No. 14) should be granted. IT IS THEREFORE ORDERED:

Defendants' time to respond to Plaintiff's Complaint and Plaintiff's Motion for Class Certification is extended until January 22, 2013.

Defendants shall respond to Plaintiff's Complaint and Plaintiff's Motion for Class Certification no later than January 22, 2013.

                                                                      GREGORY K. FRIZZELL, CHIEF JUDGE
                                                                      UNITED STATES DISTRICT COURT